# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**VANESSA C. SMITH**                                                                                          **PLAINTIFF**

**V.**                              **CASE NO. 5:23-CV-5222**

**SOCIAL SECURITY ADMINISTRATION,**
SSI Case Adjuster in Fayetteville, Arkansas                                               **DEFENDANT**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 7) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by any party.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and is hereby **ADOPTED IN ITS ENTIRETY**. Accordingly, upon preservice screening, the Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim under 28 U.S.C. § 1915(e)(2).

**IT IS SO ORDERED** on this 6th day of February, 2024.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE